Concur — Botein, P. J., Breitel, Eager and Noonan, JJ.

In the Matter of the Accounting of OSWALD W. KNAUTH et al., as Trustees. AGNES W. MARTIN, as Executrix of GEORGE W. MARTIN, Deceased; OLIVER D. KNAUTH et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of LESLIE STEVENS and GREGORY ENTERPRISES, INC., et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of NEW ENGLAND DREDGE AND DOCK COMPANY v. CITY OF NEW YORK et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

CLANCY MONCELSI v. RICHARD KELLER.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

CLANCY MONCELSI v. RICHARD C. KELLER.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ROSE SAKOW, as Executrix of MAX SAKOW, Deceased, et al., v. GOFFREDO BOSSI et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

MARTA RIVERA, an Infant, by ELADIO RIVERA, Her Guardian ad Litem, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al. THERESA RIVERA v. PLAYSCHOOLS ASSOCIATION, INC., et al.—